**ORDERED in the Southern District of Florida on January 21, 2011.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 10-24316-BKC-RBR
CHAPTER 13

ANNE-MARIE C. DESIRE
_________________________/

**ORDER GRANTING DEBTOR'S MOTION TO SHORTEN PREJUDICE PERIOD**

THIS CAUSE came to be heard on January 20, 2011, upon the Debtor's Motion to Shorten Prejudice Period, and the Court, having heard argument of Debtor's Counsel, and otherwise being fully advised in the premises, it is ORDERED:

1. The Debtor's Motion to Shorten Prejudice Period is hereby GRANTED. The Order dismissing this case dated December 30, 2010 shall be without prejudice to re-file a bankruptcy.

2. That any and all interim pre-confirmation payments made to the Chapter 13 Trustee under the new filed Chapter 13 Plan shall be deemed non-refundable to the Debtors.

3. That the Trustee shall disburse any and all interim payments, less any fees and costs including but not limited to the Chapter 13 Trustee's fees, to any and all secured and/or priority creditors, pro-rata, under the filed Chapter 13 Plan.

4. That if confirmation of the Chapter 13 Plan is denied and the case dismissed, the Chapter 13 Trustee shall disburse any and all remaining interim payments to the secured and/or priority creditors on a pro-rata basis, less any and all fees and costs.

5. The cure period for all secured creditor's claims shall terminate on or before May 2015.

###

**Submitted by:**

FLORIDA DEBT RELIEF CENTER, LLC
8551 W. Sunrise Blvd. Suite 300
Plantation, FL 33322
Phone# (954)-535-9905
jeff@itsjustdebt.com

Attorney, Jeffrey H. Tromberg, is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.